U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN - 8 2009

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHARLES FRANKLIN KITTS, ET AL. | : | DOCKET NO. 2:07-CV-1151 |
| v. | : | JUDGE MINALDI |
| CITGO PETROLEUM INC. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that the defendant's Motion to Dismiss or Strike plaintiffs' Motion to Certify Class and Dismiss or Strike Plaintiffs' Class Action Allegations [doc. 30] is hereby GRANTED.

Lake Charles, Louisiana, this ___ day of _____, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE